**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :    No. 791 MAL 2018

            Respondent         :

                                    :    Petition for Allowance of Appeal from
                                    :    the Order of the Superior Court

            v.                    :

                                    :

AZIM ROBINSON,                     :

                                    :

            Petitioner            :


## <u>ORDER</u>


**PER CURIAM**

      **AND NOW**, this 24th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.